IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-229-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER SEALING EXHIBIT A:** |
| ) | **DECLARATION IN SUPPORT OF** |
| MISCELLANEOUS PERSONAL PROPERTY, ) | **COMPLAINT FOR FORFEITURE** |
| SEIZED FROM KIET TUAN VO AND PHUONG) | **IN REM** |
| TRUONG, SPECIFICALLY: ) | |

$46,106.00 IN U. S. CURRENCY;
$123,900.00 IN U. S. CURRENCY;
$101,517.98 IN U. S. CURRENCY;
A LADIES ROLEX WATCH, GOLD WITH DIAMONDS;
A MEN'S GOLD NECKLACE WITH IVORY HORN;
A LADIES RING WITH ROUND CHANNEL AND PRONG-SET DIAMONDS AND A 2.14 CARAT CENTER STONE DIAMOND;
A LADIES RING WITH 136 ACCENT DIAMONDS AND A 1.00 CARAT CENTER STONE DIAMOND;
A LADIES TENNIS BRACELET WITH DIAMONDS;
A SILVER NECKLACE WITH THREE DIAMONDS;
AN "LV" SILVER PENDANT WITH DIAMONDS;
TWO (2) SILVER EARINGS WITH DIAMONDS;
A GOLD MERCEDES PENDANT;
A SILVER RING WITH NO DIAMONDS (SETTING ONLY);
A MEN'S OMEGA WATCH;
FIVE (5) GOLD EARINGS;
A GOLD RING;
A GOLD COIN;
NINE (9) GOLD FIVE-DOLLAR COINS;
AND, FIVE (5) ITEMS OF CANADIAN CURRENCY;

Defendants.

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that Exhibit A - Declaration of Bryan Moultis, Special Agent of U. S. Department of Homeland Security, filed herein, be sealed until further order of this Court.

SO ORDERED.

This __10__ day of May, 2016.

JAMES C. DEVER III
Chief United States District Judge