UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-229-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MISCELLANEOUS PERSONAL PROPERTY, SEIZED
FROM KIET TUAN VO AND PHUONG TRUONG,
SPECIFICALLY:

$46,106.00 IN U.S. CURRENCY;
$123,900.00 IN U.S. CURRENCY;
$101,517.98 IN U.S. CURRENCY;
A LADIES ROLEX WATCH, GOLD WITH DIAMONDS;
A MEN'S GOLD NECKLACE WITH IVORY HORN;
A LADIES RING WITH ROUND CHANNEL AND
PRONG-SET DIAMONDS AND A 2.14 CARAT
CENTER STONE DIAMOND;
A LADIES RING WITH 136 ACCENT DIAMONDS AND
A 1.00 CARAT CENTER STONE DIAMOND;
A LADIES TENNIS BRACELET WITH DIAMONDS;
A SILVER NECKLACE WITH THREE DIAMONDS;
AN "LV" SILVER PENDANT WITH DIAMONDS;
TWO (2) SILVER EARRINGS WITH DIAMONDS;
A GOLD MERCEDES PENDANT;
A SILVER RING WITH NO DIAMONDS (SETTING
ONLY);
A MEN'S OMEGA WATCH;
FIVE (5) GOLD EARINGS;
A GOLD RING;
A GOLD COIN;
NINE (9) GOLD FIVE-DOLLAR COINS;

    Defendants.

1

## ORDER

This matter is before the Court on Claimants' Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Motion filed at D.E. 13 shall be sealed.

SO ORDERED. This _16_ day of September 2016.

JAMES C. DEVER III
Chief United States District Judge

2