IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-229-D

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
        v.                          )
                                    )
MISCELLANEOUS PERSONAL PROPERTY,    )
SEIZED FROM KIET TUAN VO AND PHUONG )
TRUONG, SPECIFICALLY:               )
                                    )
$46,106.00 IN U. S. CURRENCY;       )
ET AL,                              )
                                    )
            Defendants.             )

**ORDER SETTING DISCOVERY PERIOD**

On motion by the Government, a discovery period is hereby set in this action to be completed within 120 days from the entry of this order, and all dispositive motions are due 30 days from the last day of discovery.

SO ORDERED. This 19 day of July 2018.

            _____
            JAMES C. DEVER III
            CHIEF UNITED STATES DISTRICT JUDGE